**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 17-81130-CV-MIDDLEBROOKS/Brannon

ALTMAN-GLENEWINKEL
CONSTRUCTION, LLC a Florida limited
liability company,

       Plaintiff,

v.

AMERISURE INSURANCE COMPANY,
a Foreign profit corporation, and
COMMERCE & INDUSTRY
INSURANCE COMPANY, a Foreign
profit corporation,

       Defendants.

_____ /

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal without prejudice, filed May 21, 2018.  (DE 57).  Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendants have served neither.  Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.**  All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this _21_ day of May, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record